FREEDOM FINANCE CO., INC., A CORPORATION OF THE STATE OF NEW YORK, PLAINTIFF-APPELLANT, v. NEW JERSEY BELL TELEPHONE COMPANY AND HELEN RUTH KEYES a/k/a HELEN RUTH BROWN, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted January 15, 1974—Decided February 4, 1974.

Before Judges KOLOVSKY, FRITZ, and CRANE.

*Mr. John S. Giava,* attorney for appellant.

*Mr. Chauncey L. Barrett,* attorney for respondent New Jersey Bell Telephone Company, filed a statement in lieu of brief.

Respondent Helen Ruth Keyes, a/k/a Helen Ruth Brown, did not file a brief.

*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, Intervenor-Respondent (*Mr. Stephen Skillman,* First Assistant Attorney General, of counsel; *Mr. Bertram P. Goltz, Jr.,* Deputy Attorney General, on the brief).

PER CURIAM. We affirm, substantially for the reasons set forth by Judge Yanoff in the opinion below, 123 *N. J. Super.* 255 (Cty. Ct. 1973).